| 1. Person Reporting (Last name, First name, Middle initial) **SPARKS, SAM** | 2. Court or Organization DISTRICT COURTS—Texas Western | 3. Date of Report 5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) **ACTIVE ARTICLE III JUDGE** | 5. Report Type (check appropriate type) ○ Nomination. Date 10/1/1991 ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address United States Courthouse 200 West Eighth St., Suite 100 Austin, Texas 78701-2333 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The *instructions* accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

2005 MAY 12 P 1:45

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Houston Intellectual Property Law Association | October 7-8: Galveston, Texas; speaker at University of Houston/Houston Intellectual Property Law Assn. Conf. (mileage, meals, hotel) |
| 2. | American College of Trial Lawyers | April 23-24: San Antonio, Texas; panel moderator on program at Texas state meeting (registration, hotel) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1.     |             |       |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1.       |             |            |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Condominium (10%), ▬▬▬ | | None | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. CASH ACCOUNTS: | | | | | | | | | |
| 4. American Bank of Commerce | A | Interest | L | T | | | | | |
| 5. Chase Bank of Texas Accounts | D | Interest | M | T | | | | | |
| 6. Dain Rauscher account (Great Hall Investment Funds) | | | | | Converted | 04-01 | M | A | Market; See Part VIII |
| 7. Dain Rauscher account (Tarmack Investment FDS) | B | Dividend | M | T | | 04-01 | M | | Market; See Part VIII |
| 8. | | | | | | | | | |
| 9. STOCKS: | | | | | | | | | |
| 10. EOG Resources Inc. | A | Dividend | | | Sold | 06-16 | N | M | Market |
| 11. Forest Oil Corp. | | None | M | T | | | | | |
| 12. Hilton Hotels Corp. | A | Dividend | K | T | | | | | |
| 13. Kirby Corp. | | None | N | T | | | | | |
| 14. Occidental Petroleum | A | Dividend | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. BONDS: | | | | | | | | | |
| 17. Allen TX ISD GO | B | Interest | K | T | | | | | |
| 18. Allen TX ISD GO | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Arlington TX ISD | A | Interest | K | T | | | | | |
| 20. Austin TX Community College | B | Interest | K | T | Buy | 06-17 | K | | Market |
| 21. Austin TX Higher Ed Auth | A | Interest | J | T | | | | | |
| 22. Austin Tx Utility Sys | A | Interest | J | T | | | | | |
| 23. Baytown Tx GO | B | Interest | K | T | Buy | 06-17 | K | | Market |
| 24. Beeville Tx ISD | A | Interest | | | Redeemed | 08-15 | K | A | Market |
| 25. Canadian River Mun. Tx. Rv. | B | Interest | K | T | | | | | |
| 26. Canyon TX ISD GO | A | Interest | K | J | | | | | |
| 27. Carrollton TX GO | A | Interest | K | T | | | | | |
| 28. Cedar Hill TX ISD | A | Interest | J | T | Buy | 02-10 | J | | Market |
| 29. Cedar Park TX Util Sys | B | Interest | K | T | | | | | |
| 30. Columbia & Brazoria GO | B | Interest | K | T | | | | | |
| 31. Columbia & Brazoria Co. GO | B | Interest | K | T | Buy | 02-19 | K | | Market |
| 32. Comal TX ISD | A | Interest | J | T | | | | | |
| 33. Collin Co. TX GO | B | Interest | K | T | Buy | 02-19 | K | | Market |
| 34. Conroe TX ISD | B | Interest | | | Redeemed | 02-02 | K | A | Market |
| 35. Crowley TX ISD GO | A | Interest | K | T | | | | | |
| 36. Crowley TX ISO GO | A | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Denton Tx Elec Rev | A | Interest | J | T | | | | | |
| 38. Dickinson TX ISD GO | B | Interest | K | T | | | | | |
| 39. El Paso Tx New Pub | A | Interest | J | T | | | | | |
| 40. Forney TX ISD GO | A | Interest | J | T | | | | | |
| 41. Ft. Bend TX ISD | B | Interest | K | T | | | | | |
| 42. Ft. Worth TX ISD | | None | K | T | | | | | |
| 43. Ft. Worth TX ISD GO | A | Interest | K | T | | | | | |
| 44. Frisco Tx ISD GO | A | Interest | K | T | | | | | |
| 45. Grand Prairie ISD GO | B | Interest | K | T | | | | | |
| 46. Grapevine TX GO | A | Interest | J | T | | | | | |
| 47. Grapevine TX Wtr Swr | A | Interest | J | T | | | | | |
| 48. Harlandale TX ISD GO | A | Interest | J | T | | | | | |
| 49. Highland Park TX ISD | A | Interest | J | T | | | | | |
| 50. Houston Tx Wtr Sys | B | Interest | K | T | | | | | |
| 51. Houston Tx Wtr Sys | A | Interest | J | T | | | | | |
| 52. Huntsville TX Ind GO | A | Interest | J | T | | | | | |
| 53. Hurst-Euless-Bedford TX | A | Interest | K | T | | | | | |
| 54. Irving TX Wtr Wk Swr | A | Interest | K | T | Buy | 03-08 | K | | Market |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:       J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
       P3 = $25,000,001-$50,000,000       P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U - = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SPARKS, SAM | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. | Judson TX ISD | A | Interest | | | Redeemed | 02-02 | J | A | Market |
| 56. | Judson TX ISD | A | Interest | J | T | | | | | |
| 57. | Katy TX ISD | A | Interest | K | T | | | | | |
| 58. | Katy TX ISD | A | Interest | | | Redeemed | 02-17 | K | A | Market |
| 59. | Katy TX ISD GO | A | Interest | J | T | | | | | |
| 60. | Leander TX ISD GO | A | Interest | J | T | | | | | |
| 61. | Lewisville TX ISD | A | Interest | J | T | | | | | |
| 62. | Lewisville TX ISD | A | Interest | J | T | | | | | |
| 63. | Lubbock TX GO | A | Interest | K | T | | | | | |
| 64. | North East TX ISD GO | A | Interest | K | T | | | | | |
| 65. | North Texas Mun Water | | None | | | Redeemed | 06-01 | J | B | Market |
| 66. | Pflugerville TX GO | A | Interest | K | T | | | | | |
| 67. | Pleasant Grove ISD | A | Interest | K | T | | | | | |
| 68. | Prosper TX ISD GO | A | Interest | K | T | | | | | |
| 69. | Round Rock Tx | A | Interest | J | T | | --- | | | |
| 70. | Sam Rayburn TX Mun Pwr | A | Interest | J | T | | | | | |
| 71. | San Angelo TX GO | A | Interest | K | T | | | | | |
| 72. | San Antonio Tx Elec. & Gas | A | Interest | J | T | | | | | |

1. Income/Gain Codes:          A. = $1,000 or less          B. = $1,001-$2,500          C. = $2,501-$5,000          D. = $5,001-$15,000          E. = $15,001-$50,000
   (See Columns B1 and D4)     F. = $50,001-$100,000          G. = $100,001-$1,000,000          H1 = $1,000,001-$5,000,000          H2 = More than $5,000,000
2. Value Codes:                J. = $15,000 or less          K. = $15,001-$50,000          L. = $50,001-$100,000          M. = $100,001-$250,000
   (See Columns C1 and D3)     N. = $250,000-$500,000          O. = $500,001-$1,000,000          P1 = $1,000,001-$5,000,000          P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000          P4 = $More than $50,000,000
3. Value Method Codes          Q. = Appraisal          R. = Cost (Real Estate Only)          S. = Assessment          T. = Cash/Market
   (See Column C2)             U. = Book Value          V. = Other          W. = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. San Marcos TX GO | B | Interest | K | T | | | | | |
| 74. Sealy TX ISD GO | A | Interest | K | T | | | | | |
| 75. Seguin TX GO | B | Interest | K | T | Buy | 06-17 | K | | Market |
| 76. Southlake TX GO | A | Interest | K | T | | | | | |
| 77. Spring TX ISD GO | A | Interest | J | T | | | | | |
| 78. Tx St Pub Fin Auth | | None | J | T | | | | | |
| 79. Travis Co TX GO | A | Interest | J | T | | | | | |
| 80. Travis Co. TX | A | Interest | J | T | Buy | 06-17 | J | | Market |
| 81. Washington State G.O. | | None | J | T | | | | | |
| 82. Waxahachie TX ISD | | None | J | T | | | | | |
| 83. Weatherford TX Util. Sys. | B | Interest | K | T | | | | | |
| 84. Whitehouse TX ISD GO Rev | A | Interest | K | T | | | | | |
| 85. Willis ISD | | None | J | T | | | | | |
| 86. Willis TX ISD GO | B | Interest | K | T | | | | | |
| 87. Willis TX ISD GO | A | Interest | J | T | | | | | |
| 88. UT Austin Rev. | B | Interest | K | T | | | | | |
| 89. UT Austin Rev. | B | Interest | K | T | | | | | |
| 90. Upper Trinity Reg. Auth. | A | Interest | K | T | | | | | |



1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,000-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. | | | | | | | | | |
| 92. DAIN, RAUSCHER IRA: | | | | | | | | | |
| 93. American Balance | B | Dividend | M | T | | | | | |
| 94. Bristol Myers Squibb Co. | A | Dividend | K | T | Buy | 03-23 | K | | Market |
| 95. Chevron-Texaco Corp. | D | Dividend | M | T | | | | | |
| 96. E Trade Group | | None | J | T | | | | | |
| 97. EOG Resources Inc. | A | Dividend. | | | Sold | 04-19 | M | F | Market |
| 98. Forest Oil Corp. | | None | | | Sold | 04-27 | N | D | Market |
| 99. Great Hall Money Mrkt | | | | | Converted | 04-01 | N | A | Market; See Part VIII |
| 100. Tamarack Investment FDS | A | Interest | M | T | Partial Sale | 08-20 | K | A | Market |
| 101. | | | | T | Partial Sale | 10-22 | K | A | Market |
| 102. | | | | T | Partial Sale | 12-20 | K | A | Market |
| 103. Earthlink | | None | J | T | | | | | |
| 104. Friede Goldman Halter | | None | J | T | | | | | |
| 105. Genitope Corp. | | None | K | T | Buy | 01-21 | J | | Market |
| 106. Govt Natl MTG Assn II Pool #1 | A | Interest | J | T | | | | | |
| 107. Govt Natl MTG Assn II Pool #2 | A | Interest | J | T | | | | | |
| 108. Govt Natl MTG Assn II Pool #3 | A | Interest | K | T | Buy | 10-22 | K | | Market |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. Govt Natl MTG Assn II Pool #4 | A | Interest | K | T | Buy | 12-20 | K | | Market |
| 110. Govt Natl MTG Assn II Pool #5 | B | Interest | N | T | Buy | 06-16 | N | | Market |
| 111. Govt Natl MTG Assn II Pool #6 | A | Interest | M | T | Buy | 08-20 | M | | Market |
| 112. Halliburton | A | Dividend | K | T | Buy | 03-24 | K | | Market |
| 113. Hilton Hotels Corp. | A | Dividend | K | T | | | | | |
| 114. Kirby Corp | | None | N | T | | | | | |
| 115. MDU Resources Gp. Inc. | A | Dividend | K | T | Buy | 02-19 | K | | Market |
| 116. Perot Sys Corp CDT | | None | K | T | | | | | |
| 117. Schlotsky's, Inc. | | None | | | Sold | 04-19 | B | A | Market |
| 118. Smallcap World Fd Inc. | B | Dividend | M | T | | | | | |
| 119. Steris Corp. | | None | K | T | | | | | |
| 120. Trinity Industries Inc. | A | Dividend | L | T | | | | | |
| 121. Spanish Broadcasting, Inc. | | None | J | T | | | | | |
| 122. | | | | | | | | | |
| 123. MISCELLANEOUS: | | | | | | ----- | | | |
| 124. LRF Limited Pship | A | Royalty | J | W | | | | | |
| 125. | | | | | | | | | |
| 126. SPOUSE - SEPARATE PROPERTY | | | | | | | | | |

1. Income/Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
(See Columns B1 and D4)  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
(See Columns C1 and D3)  N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000  P4 =$More than $50,000,000
3. Value Method Codes:  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. EDWARD JONES -- | | | | | | | | | |
| 128. Capital Income Builder Fund | B | Dividend | L | T | | | | | |
| 129. Goldman Sachs Cap-A | | None | J | T | | | | | |
| 130. Growth Fund of Am. | A | Dividend | K | T | | | | | |
| 131. Tax Exempt Bond Fd of Am | B | Interest | K | T | | | | | |
| 132. Van Kampen Comstock | | None | J | T | | | | | |
| 133. BENIFICIARY-CB&T Trustee IRA of Spouse's Dec'd Parent | C | Distribution | | | | | | | |
| 134. American Mutual Fund Inc | A | Dividend | K | T | | | | | |
| 135. Bond Fund of American Inc | A | Dividend | K | T | | | | | |
| 136. Capital World Growth | A | Dividend | K | T | | | | | |
| 137. IRA-Edward Jones Custodian (Spouse's IRA) | | | | | | | | | |
| 138. Hartford Cap. Appreciation CLA | A | Dividend | J | T | | | | | |
| 139. Hartford Global Leaders CLA | A | Dividend | J | T | | | | | |
| 140. Hartford Stock Fund CLA | A | Dividend | J | T | | | | | |
| 141. Annuity-Sunamerican Life Insurance Polaris Variable Annuity | A | Dividend | K | T | | ---- | | | |
| 142. Property - DeBaca Co, New Mexico | | None | J | W | | | | | |
| 143. Property - Brewster Co, TX | | None | J | W | | | | | |
| 144. Royalty Interest - Upton Co, TX | A | Royalty | J | W | | | | | |

1. Income/Gain Codes (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Royalty Interest - Palo Pinto Co, TX | A | Royalty | J | W | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
  (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
  (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
      P3 = $25,000,001-$50,000,000         P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  (See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

04-01-04  Dain Rauscher account, Great Hall Investment Funds, was converted to Tarmack Investment FDS.  Change is noted under Cash Accounts (page 1) and under Dain Rauscher IRA (page 6).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | SPARKS, SAM | 5/10/2005 |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature         Date _May 10, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544